**SO ORDERED.**
**SIGNED this 29th day of July, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **KEVIN L. TRENT**          Case No. **3:19-bk-31431-SHB**
                                                  Chapter 7

        Debtor.

## ORDER APPROVING MOTION TO DELAY ENTRY OF A CHAPTER 7 DISCHARGE AND TO EXTEND DEADLINE TO ENTER INTO A REAFFIRMATION AGREEMENT

      Kevin L. Trent, Debtor, by and through counsel, moved the Court for entry of an order delaying the entry of discharge pursuant to F. Bankr. R. 4004 (c)(2) and to extend the deadline to enter into a reaffirmation agreement pursuant to F. Bankr. R. 4008 in order to negotiate with Hometrust Bank with respect to outstanding claims:

      The Debtor shall have until November 10, 2019 to enter into a reaffirmation agreement. Similarly, entry of the debtor's discharge shall also be delayed until November 10, 2019.

###

**APPROVED FOR ENTRY:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for debtor
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@QCFLaw.com