**ATTACHMENT C**

**Notice of Assignment**

Date: 4/17/2019

Reference is made to the Elan Financial Services Correspondent Bank Agreement dated 9/18/2015 (as amended, supplemented, or modified from time to time) (**"Correspondent Bank Agreement"**) by HomeTrust Bank, N.A. (**"Correspondent Bank"**) and Elan Financial Services (**"Elan"**). Unless otherwise defined herein, terms defined in the Correspondent Bank Agreement are used herein with the same meanings.

This Notice of Assignment is delivered pursuant to Section 4.9 and/or 4.11 of the Correspondent Bank Agreement.

Correspondent Bank and Elan have agreed as follows and this Notice of Assignment confirms:

1. Elan hereby sells and assigns to Correspondent Bank, and Correspondent Bank hereby purchases and assumes from Elan, AS IS and WITHOUT RECOURSE all of Elan's rights and obligations with respect to the following Accounts:

| Account Number | Customer and/or Cardholder(s) Name(s) | Balance | Obligation Amount | Purchase Price |
|---|---|---|---|---|
| ████2012 | G.W. Wyatt Contracting | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 |

2. Elan:
   (i) represents and warrants that it is the legal and beneficial owner of the Accounts being assigned by it hereunder;
   (ii) makes no representation or warranty and assumes no responsibility with respect to the Accounts or the execution, legality, validity, enforceability, genuineness, sufficiency, or value of any agreements establishing the liability of any person to repay the Account; and
   (iii) makes no representation or warranty and assumes no responsibility with respect to the financial condition of any Party liable on the Accounts or the performance or observance by such Party of any of its obligations under applicable agreements.

3. This Notice of Assignment shall be binding on the Parties and effective upon receipt by Elan in immediately available funds of the Purchase Price of $1,000,000.00.

ELAN FINANCIAL SERVICES

By: _____

Name:   Brian J. Richter

Title:   Senior Vice President

Date:   4/17/19

**EXHIBIT A**