**SO ORDERED.**
**SIGNED this 14th day of August, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **CASE NO. 3:19-bk-31431-SHB** |
| **KEVIN L. TRENT,** ) | |
| ) | **JUDGE BAUKNIGHT** |
| Debtor. ) | **CHAPTER 7** |

**AGREED ORDER EXTENDING DEADLINE FOR**
**CC FUNDING, a division of CREDIT CASH NJ, LLC TO FILE COMPLAINT**
**OBJECTING TO DISCHARGE**
**AND/OR DISCHARGEABILITY OF DEBTS**

This matter is before the Court upon the agreement of the Debtor, Kevin L. Trent, and CC Funding, a division of Credit Cash NJ, LLC, ("Credit Cash") , a creditor in this bankruptcy case, by and through their respective attorneys, pursuant to Bankruptcy Rules 4004(b) and 4007(c), for this Court to enter an Order extending the August 12, 2019 deadline for Credit Cash to file a complaint pursuant to 11 U.S.C. §§ 523 and/or 727 objecting to the Debtor's discharge and/or the dischargeability of his debts for an additional Ninety (90) days from August 12, 2019, to November 10, 2019.

1

4818-4279-4143.1

Based upon the foregoing agreement, as evidenced by the signatures of the parties' respective counsel below, the Court finds and accordingly **ORDERS** that the deadline for Credit Cash to file a complaint objecting to the Debtor's discharge and/or the dischargeability of his debts is hereby extended from August 12, 2019, to November 10, 2019.

###

**APPROVED FOR ENTRY:**

BRADLEY ARANT BOULT CUMMINGS, LLP

/s/ *Alexandra E. Dugan*
Alexandra Dugan (BPR No. 030420)
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: (615) 252-4638
F: (615) 252-4705
adugan@bradley.com
*Attorneys for CC Funding a division of Credit Cash NJ, LLC*

MCCARTER & ENGLISH, LLP

/s/ *Sheila E. Calello (w/ permission)*
Sheila E. Calello (*pro hac vice* to be filed)
Stephanie Pisko (*pro hac vice* to be filed)
Four Gateway Center, 100 Mulberry St.
Newark, NJ 07102
P: (973) 639-6931
scalello@mccarter.com
spisko@mccarter.com
*Attorneys for CC Funding, a division of Credit Cash NJ, LLC*

QUIST, FITZPATRICK & JARRARD

/s/ *Ryan E. Jarrard (w/ permission)*

Ryan E. Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929
P: (865) 524-1873, x 232
rej@qcflaw.com
*Attorneys for Debtor*

4818-4279-4143.1