**SO ORDERED.**
**SIGNED this 11th day of September, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **KEVIN L. TRENT,**          Case No. 19-bk-31431-shb
                                       Chapter 7
    Debtor.

**PROTECTIVE ORDER PERTAINING TO CONFIDENTIAL INFORMATION**
**AND DOCUMENTS HOMETRUST BANK OBTAINS FROM DEBTOR'S**
**ACCOUNTANTS**

The parties agree and it is hereby **ORDERED** by the Court that all information and documents pertaining to Debtor, Kevin L. Trent, and Debtor's non-filing spouse, Julianna R. Trent, produced by Crane Thompson & Jones, PC, and Stewart & Wheeler, PC to Hometrust Bank's (hereinafter "Creditor") counsel in this bankruptcy case, by or through agreement, discovery, or subpoena (the "Confidential Information"), shall be kept private and confidential by Creditor, Creditor's counsel and experts, and other persons connected with the Creditor in this pending action who have a *bona fide* need to see said documents and information.

Unless otherwise agreed between the parties, Creditor, Creditor's counsel and experts, and other persons having access to the Confidential Information allowed by this Order shall not use the Confidential Information for any purposes other than use in this pending bankruptcy case and the related bankruptcy case styled *In re Gary W. Wyatt*, Bankruptcy Case No. 3:19-bk-32198-SHB also pending in this Court, including, without limitation, use for hearings, depositions, motions or other pleadings filed in connection therewith or in any matter arising thereunder and for use in connection with any claim or litigation related to the Confidential Information.

Creditor shall maintain a record of persons to whom any Confidential Information is disclosed. Creditor shall advise such persons that they are under a duty by this Order to keep such Confidential Information confidential.

In the event the parties have a disagreement over the interpretation or scope of this Order, either party may file a written objection and seek a hearing date over any dispute.

Notwithstanding the above, Creditor, at any time, may request that this Court enter an Order broadening the scope of use of the Confidential Information.

The terms of this Order shall survive any final disposition of this case.

###

APPROVED FOR ENTRY:

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com


/s/ Mark A. Pinkston
Mark A. Pinkston, Esquire
BPR No. 034117
Attorney for Hometrust Bank
**The Van Winkle Law Firm**
11 N Market St
Asheville, NC 28801-2902
(828) 258-2991
mpinkston@vwlawfirm.com