

**SO ORDERED.**
**SIGNED this 9th day of March, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE: TRENT, KEVIN L

                DEBTOR(S)           CASE NO. 3:19-bk-31431-SHB
                                                            CHAPTER 7

## ORDER APPROVING COMPROMISE WITH KEVIN L. TRENT

Upon Motion to Approve Compromise and Notice given pursuant to E.D. Tenn LBR 9013-1(h) by Ann Mostoller, Trustee, there being no objections filed to the motion, and it appearing to the Court that the compromise is in the best interest of the estate and that, therefore, the motion should be granted,

IT IS ORDERED that the motion to approve compromise against Kevin L. Trent shall be settled and compromised according to the terms set out in the motion heretofore filed.

###

APPROVED:

s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com