

**SO ORDERED.**
**SIGNED this 27th day of July, 2021**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
### Knoxville DIVISION

| | |
|---|---|
| In re:<br>TRENT, KEVIN L<br><br><br>Debtor(s) | Case No. 3:19-bk-31431-SHB<br><br><br><br>Chapter 7 |

### ORDER FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIMS

Upon application for permission to pay compensation to  for services performed for the Trustee, notice given to all parties of interest pursuant to E.D. Bankr. LBR 9013-1(h),

IT IS ORDERED that the Trustee is authorized to pay the administrative expenses as follow:

| | Allowed | Paid to Date | Allowed by this Order |
|---|---|---|---|
| Ann Mostoller, Attorney for Trustee Attorney for Trustee Fees (Trustee Firm) | $ 2,363.75 | $ 0.00 | $ 2,363.75 |
| Ann Mostoller, Attorney for Trustee Attorney for Trustee Expenses (Trustee Firm) | $ 2,215.80 | $ 0.00 | $ 2,215.80 |

|  | Allowed | Paid to Date | Allowed by this Order |
|---|---|---|---|
| TOTAL ADMINISTRATIVE EXPENSES TO BE PAID PURSUANT TO THIS ORDER: |  |  | $ 4,579.55 |

# # #

APPROVED FOR ENTRY:

s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield, Allen & Tippett
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com