## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 3:19-bk-31431-SHB |
| | ) | |
| KEVIN L. TRENT, | ) | JUDGE BAUKNIGHT |
| | ) | |
| Debtor. | ) | CHAPTER 7 |

## HOMETRUST BANK'S RESPONSE AND OBJECTION TO
## NOTICE OF TRUSTEE'S FINAL REPORT

HomeTrust Bank ("HomeTrust"), a creditor in this bankruptcy case, by and through its attorneys, respectfully submits this Objection to the Notice of Trustee's Final Report **[Doc. 426]** (the "Final Report") on the grounds that: 1) the Final Report does not propose a disbursement to HomeTrust on account of its unsecured claim; and 2) the Final Report proposes to disburse $27,803.50 to Nancy C. Humbard, Clerk & Master, Jefferson County, Tennessee ("Clerk & Master") as the holder of an allowed priority claim where that Claim does not appear to assert a valid claim, much less a priority claim, against the Debtor's bankruptcy estate. **[See, Court Claim Register, Claim # 29-1 as amended by 29-2]** (collectively the "Clerk & Master's Claim" – a true and accurate copy of which is attached hereto as **Exhibit A** and is incorporated herein by reference).  In support of this Objection, HomeTrust would show the Court that:

1.      The Debtor, Kevin L. Trent, commenced this bankruptcy case by filing a Petition under Chapter 7, Title 11 U.S.C. with the Clerk of this Court on May 7, 2019.

2.      The U.S. Trustee appointed Ann Mosteller as Trustee in this case on May 10, 2019. **[Doc. 12]**.

3.      HomeTrust is a creditor of the Debtor and this bankruptcy estate holding a claim (hereinafter "HomeTrust's Claim") in the amount of $6,210,179.44 partially secured by valid, properly perfected, unavoidable liens against the Debtor's interest in certain real

1

property located in Jefferson and Hamblen Counties, Tennessee commonly known as 2266 Wild Pear Trail in Dandridge (tenancy by the entireties) and 970 S. Outer in Morristown (collectively the "Real Property"**).   [See, Court Claim Register, Claim # 3]** (the "HomeTrust Claim").   According to the Debtor's Schedule A/B, the value of the Real Property securing the HomeTrust Claim is in the total amount of $720,000.00 which is significantly less than the amount of that Claim.  As a result, pursuant to 11 U.S.C. § 506, HomeTrust holds an unsecured claim in this case in an amount no less than $5,490,179.44, less any post-petition payments and credits to which the Debtor is entitled, that should be paid as required by applicable provisions of Chapter 7.  HomeTrust objects to the Final Report to the extent that it does not propose to do so.

4.     On September 25, 2019, the Clerk & Master filed a Proof of Claim **[See Exhibit A, Claim 29-1]** for ad valorem property taxes in the total amount of $415,979.41 asserting a secured claim in the amount of $415,979.41 and a priority claim in the same amount.

5.     On November 2, 2020, the Trustee filed an Objection to the Clerk & Master's Claim **[Doc. 281]** (the "Trustee's Claim Objection").  The Trustee asserted that her Objection was "predicated on the fact that according to the supporting documentation accompanying the claim, the claim was incurred in the name of GW Wyatt Contracting, LLC and there is no indication of personal liability of this Debtor."

6.     On May 7, 2021, the Clerk & Master filed an amended Proof of Claim **[See Exhibit A, Claim 29-2]** in the total amount of $471,586.41 asserting a secured claim in the amount of $415,979.41 and a priority claim in the amount of $55,613.00.  The Amended Claim included the 2019 ad valorem property taxes and did not assert a secured claim. HomeTrust submits that the Clerk & Master's Amended Claim is not supported by any

documentation evidencing a right to payment against Debtor Kevin L. Trent and this bankruptcy estate.

7.      On May 13, 2021, this Court entered an Agreed Order **[Doc. 407]**, approved for entry by the Trustee and counsel for the Clerk & Master, resolving the Trustee's Claim Objection which provided that the Clerk & Master' Claim, as amended, would be allowed as a priority claim in the amount of $27,803.50 and as an unsecured claim in the amount of $443,782.91. HomeTrust was not a party to this Agreed Order.

8.      HomeTrust submits that the Court should reconsider the allowance of the Clerk & Master's Claim pursuant to 11 U.S.C. § 502(j) and Bankruptcy Rule 3008 and, upon such reconsideration, disallow the Clerk & Master's claim in its entirety pursuant to 11 U.S.C. § 502(b).  The Clerk & Master's Claim does not comply with Bankruptcy Rule 3001(c)(1) and/or (c)(2) in that it does not contain any supporting documentation that evidences a right to payment that is enforceable under applicable non-bankruptcy law against the Debtor or the Debtor's bankruptcy estate.

9.      HomeTrust objects to the Final Report to the extent that it proposes to pay the Clerk & Master's Claim as a priority claim.  Furthermore, HomeTrust would object to any Final Report that proposes to pay the Clerk & Master's Claim at all on the grounds that the Clerk & Master is not a creditor of this bankruptcy estate and the Clerk & Master's Claim is not a valid claim against this bankruptcy estate.

**WHEREFORE**, HomeTrust Bank respectfully submits this Objection to the Trustee's Final Report, requests that the Court Clerk set this matter for a hearing and that, at said hearing, the Court sustain HomeTrust's Objection and grant HomeTrust the relief requested herein and any other and further relief to which it deems HomeTrust entitled.

Respectfully submitted,

**VAN WINKLE, BUCK, WALL, STARNES
AND DAVIS, P.A.**

**By;** *__/S/MARK A. PINKSTON/JAMES DAVID NAVE__*
MARK A. PINKSTON
JAMES DAVID NAVE
*Attorneys for Creditor*
*HomeTrust Bank*
11 North Market Street
P.O. Box 7376
Asheville, North Carolina 28802
(828) 258-2991
Fax (828) 257-2767
mpinkston@vwlawfirm.com
dnave@vwlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 24th of August, 2021, I served a true and accurate copy of the foregoing **Response and Objection to Trustee's Final Report** through the Court's Electronic Case Filing system, except where as indicated service was made through the United States Mail, First Class, postage prepaid, upon the following:

Ann Mostoller                                           *served through ECF*
Chapter 7 Trustee
Mostoller, Stulberg & Whitfield
136 South Illinois Ave.
Suite 104
Oak Ridge, TN 37830
keveritt@msw-law.com

Ryan E. Jarrard                                         *served through ECF*
Attorney for Debtor
Quist, Fitzpatrick & Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929
rej@qcflaw.com

Kevin L. Trent                                          *served through U.S. Mail*
2266 Wild Pear Trail
Dandridge, TN 37725

Tiffany A. Diiorio                              *served through ECF*
Office of the United States Trustee
800 Market Street, Suite 114
Howard H. Baker, Jr. U.S. Courthouse
Knoxville, Tennessee 37902
Tiffany.Diiorio@usdoj.gov

Shelia E. Calello                               *served through ECF*
Attorneys for CC Funding
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
scalello@McCarter.com

J. Caralisa Connell                             *served through ECF*
Melissa Jane Lee
Attorneys for CNA Surety and Western Surety Company
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
cconnell@manierherod.com
mlee@manierherod.com

Mark S. Dessauer                                *served through ECF*
Attorneys for New Peoples Bank
Hunter, Smith & Davis
1212 North Eastman Road
P. O. Box 3740
Kingsport, TN 37664
dessauer@hsdlaw.com

Alexandra E. Dugan                              *served through ECF*
Attorneys for CC Funding
Bradley, Arant, Boult, Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
adugan@babc.com

Walter N. Winchester                            *served through ECF*
Attorney for Pinnacle Bank
Suite 1000, First Tennessee Plaza
800 South Gay Street
P. O. Box 2428
Knoxville, TN 37929
wwinchester@wsfs-law.com

Milburne Edward Owens, Jr.     *served through ECF*
Attorneys for Stewart & Wheeler, P.C.
Lewis, King, Krigg & Waldrop, PC
P. O. Box 2425
Knoxville, TN 37901
eowens@lewisking.com

James F. Parker       *served through ECF*
Attorneys for Trent Earthworks, LLC, Trent Properties and Roger Trent
Hodges, Doughty & Carson, PLLC
P.O. Box 869
Knoxville, TN 37901
jparker@hdclaw.com

Jerry W. Laughlin      *served through ECF*
Attorney for Consumer Credit Union
100 South Main Street
Greeneville, TN 37743-4922
jlaughlin2@rlnhc.com

Brenda G. Brooks
Attorney for Nancy C. Humbard, Clerk & Master *served through ECF*
Moore and Brooks
6223 Highland Place Way, Ste 102
Knoxville, TN 37919
bbrooks@moore-brooks.com

All Parties Requesting Notice.    *served through ECF*

*/S/ JAMES DAVID NAVE*
JAMES DAVID NAVE

4815-8809-1128, v. 1