Case 3:19-bk-31431-SHB   Doc 435-1   Filed 08/24/21   Entered 08/24/21 14:48:22   Page 1 of 3   Desc Exhibit A - Clerk & Masters Proof of Claim   Page 1 of 12

Case 3:19-bk-31431-SHB   Claim 29   Filed 09/25/19   Desc Main Document   Page 1 of 3

---

**Fill in this information to identify the case:**

Debtor 1: Kevin L. Trent

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number: 3:19-bk-31431

---

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Nancy C. Humbard, Clerk & Master, Jefferson County, TN
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Nancy C. Humbard, Clerk & Master
Name
P.O. Box 5
Number    Street
Dandridge    TN    37725
City    State    ZIP Code

Contact phone 865-397-2404
Contact email _____

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street _____
City    State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☑ Yes. Who made the earlier filing? Claims are simultaneously filed in this case & Case # 3:19-bk-32198

---

Official Form 410    Proof of Claim    page 1

**EXHIBIT A**

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?   $ 415,979.41 . Does this amount include interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   ad valorem property taxes

9. Is all or part of the claim secured?
   ☐ No
   ☑ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☑ Other. Describe: see attached schedule of TN personal property appraisal

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property:   $ 8,463,849.00
   Amount of the claim that is secured:   $ 415,979.41
   Amount of the claim that is unsecured: $ 0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition:   $ _____

   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410          Proof of Claim          page 2

Case 3:19-bk-31431-SHB   Doc 435-1   Filed 08/24/21   Entered 08/24/21 14:48:22
Desc Exhibit A - Clerk & Masters Proof of Claim    Page 3 of 12

Case 3:19-bk-31431-SHB   Claim 29-3   Filed 09/25/19   Desc Main Document   Page 3 of 3

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No  ☑ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 415,979.41 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ _____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/24/2019
              MM / DD / YYYY

_Signature_

Print the name of the person who is completing and signing this claim:

| Name | Larry Ray Churchwell |
| | First name   Middle name   Last name |
| Title | County Attorney |
| Company | Rainwater, Drinnon & Churchwell, PLLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 706 Justice Center Drive |
| | Number   Street |
| | Dandridge                    TN      37725 |
| | City                         State   ZIP Code |
| Contact phone | 865-397-3939     Email lchurchwell@rainwaterlaw.net |

Official Form 410      Proof of Claim      page 3

Nancy C. Humbard, Clerk & Master
Jefferson County Chancery Court
P. O. Box 5
Dandridge, TN 37725
(865)397-2404

Cost Bill

09/12/2019

G W Wyatt Contracting
P O Box 369
Jefferson City, TN 37760

Parcel: 04-015 - -015 -079.00-P-000          Property Address: Broadway Blvd E 803

Taxing Agency: Jefferson City Delinquent Taxes (pp)

| Tax Year | Fee | # Of Fees | Last Paid Date | Beginning Balance | Total Paid | Total Due |
|---|---|---|---|---|---|---|
| 2016 | DT Parcel Filing Fee | 1 | | $44.00 | $0.00 | $44.00 |
| | Jefferson City DT Atty Fee | 1 | | $5,105.90 | $0.00 | $5,105.90 |
| | Jefferson City DT Base Tax | 1 | | $51,059.00 | $0.00 | $51,059.00 |
| | Jefferson City DT Interest/Penalty | 1 | | $19,147.13 | $0.00 | $19,147.13 |
| | | | Totals for 2016: | $75,356.03 | $0.00 | $75,356.03 |

| Tax Year | Fee | # Of Fees | Last Paid Date | Beginning Balance | Total Paid | Total Due |
|---|---|---|---|---|---|---|
| 2017 | DT Parcel Filing Fee | 1 | | $44.00 | $0.00 | $44.00 |
| | Jefferson City DT Atty Fee | 1 | | $6,511.70 | $0.00 | $6,511.70 |
| | Jefferson City DT Base Tax | 1 | | $65,117.00 | $0.00 | $65,117.00 |
| | Jefferson City DT Interest/Penalty | 1 | | $12,697.82 | $0.00 | $12,697.82 |
| | | | Totals for 2017: | $84,370.52 | $0.00 | $84,370.52 |

Totals for Jefferson City Delinquent Taxes (pp):   $159,726.55   $0.00   $159,726.55

Taxing Agency: Jefferson County Delinquent Taxes (pp)

| Tax Year | Fee | # Of Fees | Last Paid Date | Beginning Balance | Total Paid | Total Due |
|---|---|---|---|---|---|---|
| 2016 | County DT Attorney Fee | 1 | | $9,999.00 | $0.00 | $9,999.00 |
| | County DT Base Tax | 1 | | $99,990.00 | $0.00 | $99,990.00 |
| | County DT Interest/Penalty | 1 | | $37,496.25 | $0.00 | $37,496.25 |
| | DT Parcel Filing Fee | 1 | | $44.00 | $0.00 | $44.00 |
| | | | Totals for 2016: | $147,529.25 | $0.00 | $147,529.25 |

| Tax Year | Fee | # Of Fees | Last Paid Date | Beginning Balance | Total Paid | Total Due |
|---|---|---|---|---|---|---|
| 2017 | County DT Attorney Fee | 1 | | $8,392.25 | $0.00 | $8,392.25 |
| | County DT Base Tax | 1 | | $83,922.48 | $0.00 | $83,922.48 |
| | County DT Interest/Penalty | 1 | | $16,364.88 | $0.00 | $16,364.88 |
| | DT Parcel Filing Fee | 1 | | $44.00 | $0.00 | $44.00 |
| | | | Totals for 2017: | $108,723.61 | $0.00 | $108,723.61 |

Totals for Jefferson County Delinquent Taxes (pp):   $256,252.86   $0.00   $256,252.86

Case 3:19-bk-31431-SHB Doc 435-1 Filed 08/24/21 Entered 08/24/21 14:48:22 Desc Exhibit A - Clerk & Masters Proof of Claim Page 5 of 12

Case 3:19-bk-31431-SHB Claim 29 Part 2 Filed 09/25/19 Desc Exhibit 1 Page 2 of 2

Nancy C. Humbard, Clerk & Master
Jefferson County Chancery Court
P. O. Box 5
Dundridge, TN 37725
(865)397-2404

Cost Bill

09/12/2019

G W Wyatt Contracting
P O Box 369
Jefferson City, TN 37760

| | Grand Totals: | $415,979.41 | $0.00 | $415,979.41 |

Sworn to before me the 12th of September 2019.

_____, Clerk

_____ddm_____, D.C.

Case 3:19-bk-31431-SHB  Doc 485-1  Filed 08/24/21  Entered 08/24/21 14:48:22
Desc Exhibit A - Clerk & Masters Proof of Claim  Page 6 of 12

Case 3:19-bk-31431-SHB  Claim 29 Part 3  Filed 09/25/19  Desc Exhibit 1  Page 1 of 3

# STATE OF TENNESSEE PERSONAL PROPERTY APPRAISAL CARD

**PROPERTY TYPE:** Commercial

**PROPERTY ADDRESS:** 803 BROADWAY BLVD E

**BUSINESS NAME AND MAILING ADDRESS:**
G W WYATT CONTRACTING
P O BOX 369
JEFFERSON CITY TN 37760

**D/B/A:**

**BUS CODE:** 23511 PLUMBING, HEATING & AC CONTRA
**CONTACT:** G W WYATT
**PHONE:** 865-475-9680
**CORPORATE PHONE:** 865-567-2257
**BUSINESS OWNER:**
**REAL EST OWNER:** WYATT GARY W
**SALES TAX#:**
**BUSINESS LICENSE#:** 339694

**TAX YEAR** 2019
**JEFFERSON COUNTY, TENNESSEE**
**CITY** 45365 Jefferson City
**SSD1** 000
**SSD2** 000
**DIST** 04  **MAP** 015
**YEAR APPR** 2019  **DEPR YEAR** 2019
**ASSET LIST YR** 2017  **BUS STARTED**
**DISCOVERY**  **SMALL ACCT REVIEW NEEDED** N

**CONTROL MAP** 015  **GROUP** 07900  **PARCEL** P  **PI** 000  **SI**
**UPDATED:** 04/05/19
**PRINTED:** 04/05/19 01:13 PM
Page 1 of 3

**APPRAISED VALUES**
TOTAL APPRAISAL $8,463,849
Assessment @ 30% $2,539,155

## STANDARD VALUE

### GROUP 1 - FURNITURE, FIXTURES, GENERAL EQUIPMENT AND ALL OTHER PROPERTY NOT LISTED IN ANOTHER GROUP

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $517,994 | 88 | $455,835 |
| 2017 | $0 | 75 | $0 |
| 2016 | $52,108 | 63 | $32,828 |
| 2015 | $2,962,678 | 50 | $1,481,339 |
| 2014 | $28,083 | 38 | $10,672 |
| 2013 | $55,115 | 25 | $13,779 |
| PRIOR | $4,557,495 | 20 | $911,499 |
| TOTAL | $8,173,473 | | $2,905,952 |

### GROUP 2 - COMPUTERS, COPIERS, PERIPHERALS, FAX MACHINES AND TOOLS

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 67 | $0 |
| 2017 | $0 | 33 | $0 |
| PRIOR | $228,250 | 20 | $45,650 |
| TOTAL | $228,250 | | $45,650 |

### GROUP 3 - MOLDS, DIES, AND JIGS

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 75 | $0 |
| 2017 | $0 | 50 | $0 |
| 2016 | $0 | 25 | $0 |
| PRIOR | $0 | 20 | $0 |
| TOTAL | $0 | | $0 |

### GROUP 4 - AIRCRAFT, TOWERS, AND BOATS

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 92 | $0 |
| 2017 | $0 | 85 | $0 |
| 2016 | $0 | 77 | $0 |
| 2015 | $0 | 69 | $0 |
| 2014 | $0 | 62 | $0 |
| 2013 | $0 | 54 | $0 |
| 2012 | $0 | 46 | $0 |
| 2011 | $0 | 38 | $0 |
| 2010 | $0 | 31 | $0 |
| 2009 | $0 | 23 | $0 |
| PRIOR | $0 | 20 | $0 |
| TOTAL | $0 | | $0 |

### GROUP 5 - MANUFACTURING MACHINERY

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 88 | $0 |
| 2017 | $0 | 75 | $0 |
| 2016 | $0 | 63 | $0 |
| 2015 | $0 | 50 | $0 |
| 2014 | $0 | 38 | $0 |
| 2013 | $0 | 25 | $0 |
| PRIOR | $0 | 20 | $0 |
| TOTAL | $0 | | $0 |

### GROUP 6 - BILLBOARDS, TANKS, AND PIPELINES

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 94 | $0 |
| 2017 | $0 | 88 | $0 |
| 2016 | $0 | 81 | $0 |
| 2015 | $0 | 75 | $0 |
| 2014 | $0 | 69 | $0 |
| 2013 | $0 | 63 | $0 |
| 2012 | $0 | 56 | $0 |
| 2011 | $0 | 50 | $0 |
| 2010 | $0 | 44 | $0 |
| 2009 | $0 | 38 | $0 |
| 2008 | $0 | 31 | $0 |
| 2007 | $0 | 25 | $0 |
| PRIOR | $0 | 20 | $0 |
| TOTAL | $0 | | $0 |

### GROUP 9 - VEHICLES

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| 2018 | $0 | 80 | $0 |
| 2017 | $0 | 60 | $0 |
| 2016 | $0 | 40 | $0 |
| PRIOR | $331,447 | 20 | $66,290 |
| TOTAL | $331,447 | | $66,290 |

### GROUP 7 - SCRAP PROPERTY

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| ALL | $0 | 2 | $0 |

### GROUP 8 - RAW MATERIALS AND SUPPLIES

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| ALL | $5,701 | 100 | $5,701 |

### GROUP 10 - CONSTRUCTION IN PROCESS

| YEAR | COST | DEPR | VALUE |
|---|---|---|---|
| ALL | $0 | 15 | $0 |

## APPRAISAL BY GROUP

| GROUP | VALUE |
|---|---|
| GROUP 1 | $2,905,952 |
| GROUP 2 | $45,650 |
| GROUP 3 | $0 |
| GROUP 4 | $0 |
| GROUP 5 | $0 |
| GROUP 6 | $0 |
| GROUP 7 | $0 |
| GROUP 8 | $5,701 |
| GROUP 9 | $66,290 |
| GROUP 10 | $0 |
| POLLUTION CONTROL | $0 |

## APPRAISAL BY CATEGORY

| CATEGORY | VALUE |
|---|---|
| STANDARD VALUE | $3,023,593 |
| LEASED PROPERTY | $5,440,256 |
| NONSTANDARD | $0 |
| POLLUTION CONTROL | $0 |

## UNIT COMPARISON

| TYPE | |
|---|---|
| NUMBER | 0 |
| $ PER UNIT | |

## SCHEDULE DATA

| | |
|---|---|
| ASSESSMENT TYPE | Regular |
| SCHEDULE TYPE | Original |
| FURNISHED | 01/07/19 |
| RETURNED | 03/01/19 |
| REVIEWED | 04/05/19 |
| BY | CN |

## AUDIT DATA

INITIATED 01/06/17  COMPLETED 05/18/2017
FROM 2017  THRU 2017
TYPE A

## ANNUAL HISTORY

| TAX YR | PROP TYPE | ASMT TYPE | APPRAISAL | ASSESSMENT | RATIO | EQUALIZED ASMT | ADJ APPRAISAL | CHG REASON | YR INIT |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | OB | R | $11,230,079 | $3,369,024 | .8992 | $3,029,426 | $0 | 33 | |
| 2017 | OB | BF | $18,087,922 | $5,426,377 | .9611 | $5,426,377 | $0 | 20 | |
| 2016 | OB | F | $14,182,987 | $4,254,896 | .9611 | $4,254,896 | $0 | 21 | |
| 2015 | OB | F | $5,294,533 | $1,588,360 | 1 | $1,588,360 | $0 | 21 | |
| 2014 | OB | F | $5,294,533 | $1,588,360 | 1 | $1,588,360 | $0 | 21 | |
| 2013 | OB | F | $4,583,186 | $1,374,956 | 1 | $1,374,956 | $0 | 21 | |
| 2012 | OB | R | $4,583,186 | $1,374,956 | 1 | $1,374,956 | $0 | 33 | |
| 2011 | OB | F | $7,004,906 | $2,101,472 | 1 | $2,101,472 | $0 | 33 | |
| 2010 | OB | F | $7,004,906 | $2,101,472 | 1 | $2,101,472 | $0 | 33 | |
| 2009 | OB | | $6,661,784 | $1,998,535 | .794 | $1,998,535 | $9,674,081 | | |

NOTES

Case 3:19-bk-31431-SHB Doc 485-1 Filed 08/24/21 Entered 08/24/21 14:48:22 Desc Exhibit A - Clerk & Masters Proof of Claim Page 7 of 12

Case 3:19-bk-31431-SHB Claim 29 Part 3 Filed 09/25/19 Desc Exhibit 1 Page 2 of 3

**PROPERTY TYPE: Commercial**  **STATE OF TENNESSEE PERSONAL PROPERTY APPRAISAL CARD**

| 803 BROADWAY BLVD E | BUS CODE: 23511 PLUMBING, HEATING & AC CONTRA | TAX YEAR 2019 JEFFERSON COUNTY, TENNESSEE | 015 CONTROL MAP | 07900 GROUP PARCEL | P 000 SI SE |
|---|---|---|---|---|---|
| PROPERTY ADDRESS | CONTACT: G W WYATT | | | | |
| BUSINESS NAME AND MAILING ADDRESS | PHONE: 865-475-9600 | CITY 45365 Jefferson City | UPDATED: 04/05/19 | | |
| G W WYATT CONTRACTING | CORPORATE PHONE: 865-567-2257 | SSD1 000 | PRINTED: 04/05/19 01:13 PM | | |
| P O BOX 369 | BUSINESS OWNER: | SSD2 000 | Page 2 of 3 | | |
| JEFFERSON CITY TN 37760 | REAL EST OWNER: WYATT GARY W | DIST 04 | APPRAISED VALUES | | |
| | SALES TAX#: | YEAR APPR 2019 DEPR YEAR 2019 | | | |
| | BUSINESS LICENSE#: 339694 | ASSET LIST YR 2017 BUS STARTED | TOTAL APPRAISAL $8,463,849 | | |
| D/B/A | | DISCOVERY SMALL ACCT REVIEW NEEDED N | Assessment @ 30% $2,539,155 | | |

**LEASED PROPERTY**

| GRP | ITEM DESCRIPTION | MAKE/MODEL | YEAR LEASED | ITEM COST | DEPR | VALUE | LEASE TERM | MONTHLY RENT | LEASE TYPE |
|---|---|---|---|---|---|---|---|---|---|
| GROUP1 | MAILING SCALE | | 2014 | $2,642 | 38 | $1,004 | | $0 | |
| SERIAL NUMBER | PBOKL469776 | | | | | | | | |
| LEASE NUMBER | 6524699-004 OLD # | | | | | | | | |
| LESSOR NAME | PITNEY BOWES GLOBAL | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP2 | COMP, COPIERS, PER | RICOH | 2014 | $6,588 | 20 | $1,318 | | $0 | |
| SERIAL NUMBER | 795471 | | | | | | | | |
| LEASE NUMBER | 010-0956369-000 | | | | | | | | |
| LESSOR NAME | GREAT AMERICA | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | 328DLCR NEW CAT H | CAT 328DLCR | 2014 | $298,500 | 38 | $113,430 | | $0 | P Operating Lease |
| SERIAL NUMBER | | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | CATERPILLAR FINANCIAL | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | 328DLCR CAT HYDRA | CAT 328DLCR | 2014 | $298,500 | 38 | $113,430 | | $0 | P Operating Lease |
| SERIAL NUMBER | | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | CATERPILLAR FINANCIAL | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | 336EL CAT HYDRAULI | CAT 336EL | 2014 | $249,689 | 38 | $94,882 | | $0 | P Operating Lease |
| SERIAL NUMBER | | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | CATERPILLAR FINANCIAL | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | 336EL CAT HYDRAULI | CAT 336EL | 2014 | $249,689 | 38 | $94,882 | | $0 | P Operating Lease |
| SERIAL NUMBER | | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | CATERPILLAR FINANCIAL | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | FURN, FIX, EQUIP | MAILING EQUIP | 2014 | $433 | 38 | $165 | | $0 | |
| SERIAL NUMBER | ASSET # 1926071/PR00/TN | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | PITNEY BOWES INC | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | ANTRIQUIP AQ-4 ROC | | 2017 | $60,363 | 75 | $45,272 | | $0 | |
| SERIAL NUMBER | | | | | | | | | |
| LEASE NUMBER | | | | | | | | | |
| LESSOR NAME | CROSSROADS BANK | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |
| GROUP1 | EXCAVATOR | | 2017 | $65,688 | 75 | $49,266 | | $0 | |
| SERIAL NUMBER | 777-0037689-034 | | | | | | | | |
| LEASE NUMBER | ASSET # 181895 | | | | | | | | |
| LESSOR NAME | KOMATSU FINANCIAL LIMITED | | | | | | | | |
| LESSOR ADDRESS | | | | | | | | | |

Case 3:19-bk-31431-SHB   Doc 485-1   Filed 08/24/21   Entered 08/24/21 14:48:22
Case 3:19-bk-31431-SHB   Claim 29 Part 3   Filed 09/25/19   Desc Exhibit A - Page 3 of
Desc Exhibit A - Clerk & Masters Proof of Claim    Page 8 of 12

**PROPERTY TYPE: Commercial**  STATE OF TENNESSEE PERSONAL PROPERTY APPRAISAL CARD

| | | |
|---|---|---|
| PROPERTY ADDRESS: 803 BROADWAY BLVD E | BUS CODE: 23511 PLUMBING, HEATING & AC CONTRA<br>CONTACT: G W WYATT<br>PHONE: 865-475-9600<br>CORPORATE PHONE: 865-567-2257<br>BUSINESS OWNER:<br>REAL EST OWNER: WYATT GARY W<br>SALES TAX#:<br>BUSINESS LICENSE#: 339694 | TAX YEAR 2019  015  07900 P 000<br>JEFFERSON COUNTY, TENNESSEE  CONTROL MAP GROUP PARCEL SPI SI<br>CITY 45365 Jefferson City  UPDATED: 04/05/19<br>SSD1 000  PRINTED: 04/05/19 01:13 PM<br>SSD2 000  Page 3 of 3<br>DIST 04  APPRAISED VALUES<br>YEAR APPR 2019  DEPR YEAR 2019<br>ASSET LIST YR 2017  BUS STARTED  TOTAL APPRAISAL $8,463,849<br>DISCOVERY  SMALL ACCT<br>REVIEW NEEDED N  Assessment @ 30% $2,539,155 |
| BUSINESS NAME AND MAILING ADDRESS:<br>G W WYATT CONTRACTING<br>P O BOX 369<br>JEFFERSON CITY TN 37760<br>D/B/A | | |

### LEASED PROPERTY

| GRP | ITEM DESCRIPTION | MAKE/MODEL | YEAR LEASED | ITEM COST | DEPR | VALUE | LEASE TERM | MONTHLY RENT | LEASE TYPE |
|---|---|---|---|---|---|---|---|---|---|
| GROUP1 | CRAWLER DOZER | | 2017 | $337,000 | 75 | $252,750 | | $0 | |
| | SERIAL NUMBER ASSET # 181895 | | | | | | | | |
| | LEASE NUMBER 777-0037689-033 | | | | | | | | |
| | LESSOR NAME KOMATSU FINANCIAL LIMITED | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | CONST / YELLOW IRC | | 2017 | $2,666,083 | 75 | $1,999,562 | | $0 | |
| | SERIAL NUMBER MULTIPLE PIECES OF EQUIPMENT | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME AVT-TENN | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP9 | MULTIPLE VEHICLES | | 2017 | $1,055,490 | 60 | $633,294 | | $0 | |
| | SERIAL NUMBER | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME AVT-TENN | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | MISC MACHINERY | | 2017 | $33,900 | 75 | $25,425 | | $0 | |
| | SERIAL NUMBER | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME AVT-TENN | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | DUMPTRUCKS | MACK HEAVY DUTY G | 2016 | $1,711,475 | 63 | $1,078,229 | | $0 | |
| | SERIAL NUMBER 1M2AX07C1HM03402 | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME BMO HARRIS BANK, NA | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | PROD-FOR DM125/DM | | 2017 | $425 | 75 | $319 | | $0 | |
| | SERIAL NUMBER ASSET # 1001407051 | | | | | | | | |
| | LEASE NUMBER 0012601818 | | | | | | | | |
| | LESSOR NAME PITNEY BOWES INC | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | FURN, FIX, EQUIP | DM225 DIGITAL MAILI | 2017 | $2,504 | 75 | $1,878 | | $0 | |
| | SERIAL NUMBER PBOKL1332195-0040658236 | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME PITNEY BOWES GLOBAL FINANC | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | EXCAVATORS (2) | PC13USLC-10 | 2013 | $255,800 | 25 | $63,950 | | $0 | |
| | SERIAL NUMBER 777-0037689-037 / 038 | | | | | | | | |
| | LEASE NUMBER | | | | | | | | |
| | LESSOR NAME KOMATSU FINANCIAL LIMITED | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |
| GROUP1 | 3 EXCAVATORS | PC308USLC-3E0 | 2018 | $990,000 | 88 | $871,200 | | $0 | |
| | SERIAL NUMBER | | | | | | | | |
| | LEASE NUMBER 777-0037689-035/ 036/039 | | | | | | | | |
| | LESSOR NAME KOMATSU FINANCIAL LIMITED | | | | | | | | |
| | LESSOR ADDRESS | | | | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kevin L. Trent |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Tennessee |
| Case number | 19-31431-SHB |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Nancy C. Humbard, Clerk & Master, Jefferson County Tennessee
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Brenda G. Brooks, Moore & Brooks
Name

6223 Highland Place Way, Ste. 102
Number  Street

Knoxville    TN    37919
City    State    ZIP Code

Contact phone 865-450-5455

Contact email bbrooks@moore-brooks.com

Where should payments to the creditor be sent? (if different)

Nancy C. Humbard, Clerk & Master,
Name  Jefferson County, Tennessee

PO Box 5
Number  Street

Dandridge    TN    37725
City    State    ZIP Code

Contact phone 865-397-2404

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 29    Filed on 09/29/2019
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $_____471,586.41_____. Does this amount include interest or other charges?
☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Amended to include 2019 ad valorem property taxes.

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410   Proof of Claim   page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☑ Yes. Check one:

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ 55,613.00

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  5 / 7 / 2021
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Brenda G. Brooks
      First name    Middle name    Last name

Title: Attorney for Creditor Nancy C. Humbard, Clerk & Master, Jefferson County, TN

Company: Moore & Brooks
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 6223 Highland Place Way, Ste. 102
         Number    Street
         Knoxville                          TN    37919
         City                              State  ZIP Code

Contact phone: 865-450-5455    Email: bbrooks@moore-brooks.com

---

Official Form 410                          Proof of Claim                              page 3

**Jefferson County Delinquent Property Tax Notice**

Jennifer Boling Hall
PO BOX 38
Dandridge, TN 37725



Jennifer Boling Hall
PO BOX 38
Dandridge, TN 37725

| DIST | MAP | GP | C-MAP | PARCEL | I | SP-INT | CITY |
|---|---|---|---|---|---|---|---|
| 4 | 15 | | 15 | 79 | P | 000 | 0 |

| Property Address | Tax Bill # | Tax Year | TOTAL DUE |
|---|---|---|---|
| 803 BROADWAY BLVD E | 35467 | 2020 | $55,607.00 |

- Balance due if paid in April: $55,607.00
- Balance due if paid in May: $56,441.11



G W WYATT CONTRACTING
P O BOX 369
JEFFERSON CITY, TN 37760

**Phone Number**
(     )
Please include phone number when making this payment.

- - - - - - - - CUT OR TEAR ALONG THIS LINE - - - - - - - -
*Please return the top portion along with your check.*

## Jefferson County Trustee - 2020 Delinquent Property Tax Notice

| DIST | MAP | GP | C-MAP | PARCEL | I | SP-INT | CITY |
|---|---|---|---|---|---|---|---|
| 4 | 15 | | 15 | 79 | P | 000 | 0 |

Balance due if paid in April: $55,607.00

Balance due if paid in May: $56,441.11

Date printed: 04/23/2021

For questions call (865) 397-2101

Your payment options are:

In Person at
- Jefferson County Courthouse

By Mail:
- Make check payable to Jefferson County Trustee
- Mail to:
  PO BOX 38
  Dandridge, TN 37725

By Credit Card:
- Visit tnpayments.com/jefferson
- Call 1-855-777-3468 and mention you need to pay Jefferson County property taxes.
- The credit card processing company will charge a 2.65% + $1.00 convenience fee for this service.

**Property Address**
803 BROADWAY BLVD E

**Classification**

**Subdivision**

| Lot | Acres 0.00 | Block |
|---|---|---|

**Additional Description**
PERSONAL PROPERTY TAX 2019 ADDED

| | | |
|---|---|---|
| Land Value | $ | 0.00 |
| Improvement Value | $ | 0.00 |
| Personal Property | $ | 8,463,849.00 |
| Appraised Value | $ | 8,463,849.00 |
| Exemption | | No |
| Equal Factor | | 0 |
| Net Value | $ | 8,463,849.00 |
| Assessed % | | 0.300000000 |
| Assessed Value | $ | 2,539,155.00 |
| Tax Rate | | 2.190000000 |
| Tax | $ | 55,607.00 |
| Interest | $ | 0.00 |
| Rollback Tax | $ | 0.00 |
| Balance Due | $ | 55,607.00 |